# *United States Court of Appeals*
### FIFTH CIRCUIT
### OFFICE OF THE CLERK

**LYLE W. CAYCE**
**CLERK**

**TEL. 504-310-7700**
**600 S. MAESTRI PLACE,**
**Suite 115**
**NEW ORLEANS, LA 70130**

January 11, 2023

Mr. Ryan Baasch
Office of the Attorney General of Texas
Office of the Solicitor General
P.O. Box 12548 (MC-059)
Austin, TX 78711-2548

Ms. Sarah Jane Clark
U.S. Department of Justice
Civil Division
950 Pennsylvania Avenue, N.W.
Washington, DC 20530

    No. 22-40399    Abbott v. Biden
               USDC No. 6:22-CV-3

Dear Counsel:

This letter will serve to confirm my telephone messages left this date advising the parties that the court has requested simultaneous letter briefs, not to exceed 5 pages, be filed in this office on or before Wednesday, January 18, 2023 by 5:00 PM, addressing how, if at all, Department of Defense's new policy affects the appropriate disposition of this case.

               Sincerely,

               LYLE W. CAYCE, Clerk

               By: _____
               Casey A. Sullivan, Deputy Clerk
               504-310-7642

cc:
    Mr. Zachary A. Avallone
    Mr. James Garland Gillingham
    Mr. Christopher D. Hilton
    Mr. Leif A. Olson
    Mr. Casen Ross
    Ms. Abby Christine Wright