IN THE UNITED STATES COURT OF APPEALS
FOR THE FIFTH CIRCUIT

GREG ABBOTT, in his official capacity as Governor of the State of Texas,

　　　　　　Plaintiff-Appellant,

　　v.

JOSEPH R. BIDEN, in his official capacity as President of the United States; DEPARTMENT OF DEFENSE; LLOYD AUSTIN, Secretary, U.S. Department of Defense; DEPARTMENT OF THE AIR FORCE; FRANK KENDALL, III, in his official capacity as Secretary of the Air Force; DEPARTMENT OF THE ARMY; CHRISTINE WORMUTH, in her official capacity as Secretary of the Army,

　　　　　　Defendants-Appellees.

No. 22-40399

**UNOPPOSED MOTION FOR A 14-DAY EXTENSION OF TIME TO FILE ANY PETITION FOR REHEARING OR REHEARING EN BANC**

Defendants-appellees hereby respectfully move for an additional 14-day extension of time, to and including August 24, 2023, within which to file any petition for rehearing or rehearing en banc. Good cause exists for granting the extension for the reasons set forth below. Plaintiff does not oppose the requested relief.

1. The Court's opinion and judgment were filed on June 12, 2023. Defendants previously sought and received a 14-day extension of time to file any petition for panel

rehearing or rehearing en banc. *See* Fed. R. App. P. 40(a)(1); *see also* Clerk Order (July 18, 2023). As a result, any petition for rehearing is currently due August 10, 2023.

2. The Solicitor General is responsible for determining whether the government should seek rehearing. *See* 28 C.F.R. § 0.20(a)-(b) (directing the Solicitor General to "[d]etermin[e] whether, and to what extent, appeals will be taken by the Government to all appellate courts (including petitions for rehearing en banc . . . )"). The requested extension of time is necessary to permit adequate time for consultation among the components of the government affected by the Court's decision and to permit preparation of a petition if authorized by the Solicitor General.

3. Plaintiff does not oppose the requested relief.

For the foregoing reasons, the Court should grant the defendants-appellees an additional 14-day extension, to and including August 24, 2023, within which to file any petition for rehearing or rehearing en banc.

                Respectfully submitted,

                ABBY C. WRIGHT

                */s/ Sarah J. Clark*
                SARAH J. CLARK
                  *Attorneys, Appellate Staff*
                  *Civil Division, Room 7216*
                  *U.S. Department of Justice*
                  *950 Pennsylvania Avenue NW*
                  *Washington, D.C. 20530*
                  *(202) 305-8727*
JULY 2023          *sarah.clark@usdoj.gov*

## CERTIFICATE OF COMPLIANCE

I certify that this document complies with the word limit of Fed. R. App. P. 27(d)(2)(A) because, excluding the parts of the document exempted by Fed. R. App. P. 32(f), it contains 238 words.

/s/ Sarah J. Clark
SARAH J. CLARK

**CERTIFICATE OF SERVICE**

    I hereby certify that on July 31, 2023, I electronically filed the foregoing motion with the Clerk of the Court by using the appellate CM/ECF system. I certify that the participants in the case are registered CM/ECF users and that service will be accomplished by the appellate CM/ECF system.

                                              */s/ Sarah J. Clark*
                                              SARAH J. CLARK